DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RITA CAROL BARUCH**,
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** etc.,
Appellee.

No. 4D22-435

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 19-001772 (11).

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Jacqueline C. Guberman of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***